1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8

9    JERREL ANTHONY JONES,

10                        Petitioner,               Case No. C11-947RSL

11           v.                                     ORDER SEALING
                                                    DOCUMENTS
     STEPHEN D. SINCLAIR,
12
                          Respondent.
13

14
             On June 6, 2011, Defendant attached a document entitled "Proposed 2254 Petition for
15
     Writ of Habeas Corpus" to his application to proceed in forma pauperis (Dkt. # 1-1), which
16
17   contains individuals' dates of birth and the names of minor children in violation of Federal and

18   Local Civil Rules.  The same document was also filed on June 20, 2011, after Petitioner's

19   application to proceed in forma pauperis was granted.  Dkt. # 11.  Pursuant to Federal Rule of
20
     Civil Procedure 5.2 and Local Civil Rule 5.2, parties must redact the following information from
21
22   documents and exhibits before they are filed with the court:

23           * Dates of Birth - redact to the year of birth;
             * Names of Minor Children - redact to the initials;
24           * Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety;
25           * Financial Accounting Information - redact to the last four digits; and
             * Passport Numbers and Driver License Numbers - redact in their entirety.
26

27

28   ORDER SEALING DOCUMENTS - 1

1

2         Because Petitioner's submissions contain sensitive information, the Clerk of Court is

3    hereby ORDERED to seal "Proposed 2254 Petition for Writ of Habeas Corpus" (Dkt. # 1-1) and

4    the second copy of this document filed on June 20, 2011, after his application to proceed in

5    forma pauperis was granted (Dkt. # 11).  The Clerk of Court is hereby ORDERED to file a

6    redacted version of the document.  Petitioner is reminded that he must comply with all Federal

7    and Local Rules.

8         DATED this 23rd day of October, 2013.

9

10

11                                              _MM S Lasnik_
                                                Robert S. Lasnik
12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER SEALING DOCUMENTS - 2